# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 30, 2013, the cause upon appeal to revise or reverse your judgment between

AAA Free Move Ministorage, LLC, Appellant

V.

OIS Investments, Inc., Appellee

No. 04-11-00849-CV and Tr. Ct. No. 2010-CI-01619

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the case is REMANDED to the trial court for further proceedings consistent with this court's opinion.**

**It is ORDERED that appellant, AAA Free Move Ministorage, LLC, recover the costs of this appeals from appellee, OIS Investments, Inc.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 17, 2015.

KEITH E. HOTTLE, CLERK


Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-11-00849-CV

**AAA Free Move Ministorage, LLC**

**v.**

**OIS Investments, Inc.**

(NO. 2010-CI-01619 IN 131ST JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | PAID | GOLDEN LAW |
| MOTION FEE | $15.00 | PAID | GOLDEN LAW |
| MOTION FEE | $15.00 | PAID | GOLDEN LAW |
| MOTION FEE | $10.00 | PAID | GOLDEN LAW |
| MOTION FEE | $10.00 | PAID | ALBERT W. VAN CLEAVE III |
| MOTION FEE | $10.00 | PAID | ALBERT W. VAN CLEAVE III |
| COPIES | $8.00 | PAID | PIPKIN OLIVER & BRADLEY |
| MOTION FEE | $10.00 | PAID | GREGORY T. VAN CLEAVE |
| COPIES | $7.30 | PAID | PIPKIN OLIVER & BRADLEY |
| MOTION FEE | $10.00 | E-PAID | ROBERT E. GOLDEN |
| MOTION FEE | $10.00 | PAID | ALBERT W. VAN CLEAVE III |
| MOTION FEE | $10.00 | PAID | ALBERT W. VAN CLEAVE III |
| REPORTER'S RECORD | $55.00 | PAID | N/A |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | A - $1 MOVE APT LOCATORS |
| INDIGENT | $25.00 | PAID | A - $1 MOVE APT. LOCATORS |
| FILING | $100.00 | PAID | A-$1 MOVE APT. LOCATORS |
| CLERK'S RECORD | $499.00 | PAID | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 17, 2015.



**KEITH E. HOTTLE, CLERK**

*Cynthia A. Martinez*
Cynthia A. Martinez
Deputy Clerk, Ext. 53853